# United States Bankruptcy Court
## Middle District of Florida

In re **Blue Marlin Adventures, LLC**
Debtor(s)

Case No. **8:14-bk-08838**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Blue Marlin Adventures, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 30, 2014**
Date

**/s/ Joel S. Treuhaft**
**Joel S. Treuhaft 516929**
Signature of Attorney or Litigant
Counsel for **Blue Marlin Adventures, LLC**
**Palm Harbor Law Group, P.A.**
**2997 Alternate 19, Suite B**
**Palm Harbor, FL 34683**
**(727) 797-7799 Fax:(727) 213-6933**
**jstreuhaft@yahoo.com**