ORDERED.

**Dated:  December 13, 2019**

_Catherine M. Ewen_

Catherine Peek McEwen
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| BLUE MARLIN ADVENTURES, LLC, | Case No.   8:14-bk-08838-CPM |
| Debtor(s). | |

### ORDER APPROVING FINAL APPLICATION OF
### DOUGLAS N. MENCHISE, ESQUIRE, FOR COMPENSATION
### FOR SERVICES RENDERED AND REIMBURSEMENT OF
### EXPENSES AS ATTORNEY FOR TRUSTEE FOR THE
### PERIOD FROM JUNE 1, 2016 THROUGH NOVEMBER 18, 2019

THIS CASE came on before the Court without a hearing on the Final Application of Douglas N. Menchise, Esquire, for Compensation for Services Rendered and Reimbursement of Expenses as Attorney for Trustee for the Period from June 1, 2016, through November 18, 2019 (Doc. No. 631) (the "Attorney Fee Application"), and the Court, being advised that the attorney's fees sought in the Attorney Fee Application in the amount of $188,208.00, and costs in the amount of $0.00; this Court having noted that the Attorney Fee Application was filed under the negative notice provisions of Local Rule 2002-4 and that appropriate notice of and the opportunity for a hearing on the Attorney Fee Application  have been given and no objections to the Attorney Fee Application were filed; and

this Court being otherwise familiar with the papers and pleadings in this case,

Accordingly, it is **ORDERED** that the Final Application of Douglas N. Menchise, Esquire, for Compensation for Services Rendered and Reimbursement of Expenses as Attorney for Douglas N. Menchise, Chapter 11 Trustee, for the Period from June 1, 2016, through November 18, 2019 (Doc. No. 631) is hereby **approved**, and the Attorney for Trustee is hereby awarded his fees in the amount of $188,208.00 and costs in the amount of $0.00, to be paid without further Order of the Court.

*\*\*Trustee Douglas N. Menchise is directed to serve a copy of this order on interested parties who do not receive service by CM/E3CF and file a proof of service within three days of entry of the order.*