### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:                                                  Chapter 7

BLUE MARLIN ADVENTURES, LLC                             Case No. 8:14-bk-08838-CPM


                Debtor(s).

### PROOF OF SERVICE

I HEREBY CERTIFY that true and correct copies of the **Order Granting Chapter 11 Trustee's Motion for Final Decree With Final Distribution and Certificate of Substantial Consummation**  (Doc. No. 637) were delivered by CM/ECF to the Office of the United States Trustee; the Debtor(s)' Attorney, JOEL S. TREUHAFT, Esquire; and all Parties on the Court's CM/ECF Electronic Users List on December 17, 2019, and by UNITED STATES MAIL to Debtor(s), BLUE MARLIN ADVENTURES, LLC, P.O. BOX 67261, SAINT PETERSBURG, FL 33736; on December 19, 2019.

                                   /s/   Douglas N. Menchise
                                   DOUGLAS N. MENCHISE, ESQUIRE
                                   Florida Bar No. 214965
                                   2963 Gulf to Bay Blvd., Suite 300
                                   Clearwater, Florida 33759
                                   (727) 797-8384

R:\BMSW\Quikdocs\814-08838\proof of service of order granting chap 11 trustee_s motion for final decree_ etc..wpd