UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:14-bk-08838-CPM |
| BLUE MARLIN ADVENTURES, LLC | Judge McEwen |
| Debtor. | Chapter 11 |

## DEBTOR'S MONTHLY FINANCIAL REPORTS (BUSINESS)

### FOR THE PERIOD

### FROM 02/1/20 TO 02/29/20

Comes now the above-named debtor and files its Periodic Financial Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/   Douglas N. Menchise
Attorney for Trustee's Signature

Debtor:

Blue Marlin Adventures, LLC
1509 49th Street S.
Gulfport, FL 33707

Chapter 11 Trustee:

Douglas N. Menchise
2963 Gulf to Bay Blvd., Suite 300
Clearwater, FL 33759
(727) 797-8384

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_into.htm
1)   Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)   Initial Filing Requirements
3)   Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING _____ 02-01-20 _____ AND ENDING ____ 02-29-20 ____

Name of Debtor: Blue Marlin Adventures, LLC          Case Number 8:14-bk-08838-CPM

| | | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|---|---|
| 1. | **FUNDS AT BEGINNING OF PERIOD** | | $709,749.14 | (a) | $0.00 | (b) |
| 2. | **RECEIPTS:** | | | | | |
| | A. | Cash Sales | $0.00 | | $255,350.00 | |
| | | Minus: Cash Refunds | $0.00 | | $0.00 | |
| | | Net Cash Sales | $0.00 | | $255,350.00 | |
| | B. | Accounts Receivable | $0.00 | | $0.00 | |
| | C. | Other Receipts *(See MOR-3)* (If you receive rental income, you must attach a rent roll.) | $0.00 | | $3,415,978.92 | |
| 3. | **TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | | $0.00 | | $3,672,028.92 | |
| 4. | **TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | | $709,749.14 | | $3,672,028.92 | |
| 5. | **DISBURSEMENTS** | | | | | |
| | A. | Advertising | $0.00 | | $0.00 | |
| | B. | Bank Charges | $0.00 | | $0.00 | |
| | C. | Contract Labor | $0.00 | | $30,200.00 | |
| | D. | Fixed Asset Payments (not incl. in "N") | $0.00 | | $0.00 | |
| | E. | Insurance | $0.00 | | $11,495.12 | |
| | F. | Inventory Payments *(See Attach. 2)* | $0.00 | | $0.00 | |
| | G. | Leases | $0.00 | | $0.00 | |
| | H. | Manufacturing Supplies | $0.00 | | $0.00 | |
| | I. | Office Supplies | $0.00 | | $0.00 | |
| | J. | Payroll - Net *(See Attachment 4B)* | $0.00 | | $0.00 | |
| | K. | Professional Fees (Accounting & Legal) | $0.00 | | $10,880.00 | |
| | L. | Rent | $0.00 | | $0.00 | |
| | M. | Repairs & Maintenance | $0.00 | | $55,832.98 | |
| | N. | Secured Creditor Payments *(See Attach. 2)* | $0.00 | | $1,138,073.21 | |
| | O. | Taxes Paid - Payroll *(See Attachment 4C)* | $0.00 | | $0.00 | |
| | P. | Taxes Paid - Sales & Use *(See Attachment 4C)* | $0.00 | | $0.00 | |
| | Q. | Taxes Paid - Other *(See Attachment 4C)* | $0.00 | | $160,507.10 | |
| | R. | Telephone | $0.00 | | $0.00 | |
| | S. | Travel & Entertainment | $0.00 | | $0.00 | |
| | Y. | U.S. Trustee Quarterly Fees | $1,042.00 | | $30,961.00 | |
| | U. | Utilities | $0.00 | | $12,389.20 | |
| | V. | Vehicle Expenses | $0.00 | | $1,200.00 | |
| | W. | Other Operating Expenses *(See MOR-3)* | $498,583.28 | | $2,010,366.45 | |
| 6. | **TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | | $499,625.28 | | $3,461,905.06 | |
| 7. | **ENDING BALANCE** *(Line 4 Minus Line 6)* | | $210,123.86 | (c) | $210,123.86 | (c) |

Date of Petition: _____ 7/30/14 _____

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge.**

This_____day of __March_____, 2020.          ____/s/ Douglas N. Menchise_____
                                                          (Signature)

(a)   This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)   This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)   These two amounts will always be the same if form is completed correctly.

MOR-2

**February 2020**
**Blue Marlin - Rent Roll**

| Name | Property | Amount Due | Amount Paid |
|------|----------|-----------:|------------:|
| None |          |            |             |
|      |          | $0.00      | $0.00       |

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**
**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Capital Contribution | $0.00 | $1,125.00 |
| Sanctions - Ariel Bergerman | $0.00 | $2,000.00 |
| Sale of 2310 7th St. S., St. Petersburg, FL | $0.00 | $30,500.00 |
| Sale of 1119 Engman Street, Clearwater, FL | $0.00 | $12,984.24 |
| Sale of 634 Newton Ave. S., St. Petersburg, FL | $0.00 | $37,990.57 |
| Auction Sale of Personal Property | $0.00 | $60,763.00 |
| Refund of Utility Deposit | $0.00 | $17.61 |
| Escrow Deposits for Real Estate Auctions | $0.00 | $264,000.00 |
| Sale of 30 Paradise Lane, Treasure Island, FL | $0.00 | $596,461.66 |
| Sale of 321 35th Ave. N., Unit D-12, St. Pete, FL | $0.00 | $68,616.51 |
| Sale of 5209 9th Ave. S., St. Pete, FL | $0.00 | $124,129.61 |
| Sale of 3773 Central Ave., St. Pete, FL | $0.00 | $492,509.94 |
| Sale of 5310 26th Ave. S., Gulfport, FL | $0.00 | $10,000.00 |
| Sale of 5318 26th Ave. S., Gulfport, FL | $0.00 | $350,519.38 |
| Sale of 5322 26th Ave. S., Gulfport, FL | $0.00 | $10,000.00 |
| Sale of vacant lot on 23rd Ave. S., Gulfport, FL | $0.00 | $34,945.02 |
| Sale of 1800 Karleton Place S., St. Pete, FL | $0.00 | $289,323.64 |
| Sale of 5210 1st Ave. S. St. Pete, FL | $0.00 | $78,920.20 |
| Sale of 5310 26th Ave. S., Gulfport, FL | $0.00 | $319,453.86 |
| Sale of 5322 26th Ave. S., Gulfport, FL | $0.00 | $187,928.87 |
| Refund of Escrow Deposits for RE Auctions | $0.00 | ($232,010.00) |
| Auction Sale of 2001 Freightliner parts | $0.00 | $1,100.00 |
| Sale of 1509 49th St. S. and Parking Lot | $0.00 | $477,774.82 |
| Sale of 8265 26th Ave. N, St. Pete, FL | $0.00 | $40,000.00 |
| Receipt of deposit refund check from City of Gulfport - service address 5325 15th Ave South | $0.00 | $70.05 |
| TOTAL OTHER RECEIPTS | $0.00 | $3,259,123.98 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |

**OTHER DISBURSEMENTS:**
**Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.**

MOR-3

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Building Materials | $0.00 | $12,800.00 |
| Trustee Compensation | $0.00 | $18,827.36 |
| Trustee Expenses | $0.00 | $851.85 |
| Attorney for Trustee Fees | $0.00 | $45,695.00 |
| Attorney for Trustee Expenses | $0.00 | $2,662.65 |
| Fidelity Title | $0.00 | $3,650.00 |
| Doc Stamps and Recording Fees | $0.00 | $836.90 |
| Judicial Research - Certified Copies | $0.00 | $200.46 |
| Gator Lien Search, LLC | $0.00 | $364.00 |
| City of Gulfport - Search Fee | $0.00 | $175.00 |
| City of St. Petersburg - Search Fee | $0.00 | $110.00 |
| Real Estate Commissions | $0.00 | $167,760.00 |
| Auctioneer Fees | $0.00 | $6,131.30 |
| Auctioneer Costs | $0.00 | $5,142.36 |
| Chapter 11 Bond Premium | $0.00 | $200.00 |
| Pmt to Third Parties (A. Bergerman) | $0.00 | $12,500.00 |
| City of St. Petersburg - Payoff of Liens and Assessments | $0.00 | $383.18 |
| City of Gulfport - Payoff of Liens and Assessments | $0.00 | $32,786.84 |
| Purchase of Parking Lot Adj. to 49th St. | $0.00 | $19,931.60 |
| Advanta IRA - for Ralph and Kristen Watkins per Order #587 (5322 26th Ave So., Gulfport, FL)(pay-off of mortgage) | $0.00 | $262,043.14 |
| David R. Shanks per Order #591 (1509 49th St So, Gulfport, FL)(pay-off mortgage) (Adv #18-ap-322 order #22) | $0.00 | $288,045.95 |
| David R. Shanks per Order #592 (3773 Central Ave, St. Pete, FL)(pay-off mortgage)(Adv #18-ap-332 order #21) | $0.00 | $368,209.94 |
| Douglas N. Menchise, Esquire - compensation for attorney for Trustee, Court Order Doc No. 635, 12/16/19 | $0.00 | $188,208.00 |
| Douglas N. Menchise - compensation for Chapter 11 Trustee, Court Order Doc. No. 633, 12/16/19 | $0.00 | $66,425.74 |
| Douglas N. Menchise- compensation for Trustee Expenses Court Order Doc No. 633, 12/16/19 | $0.00 | $7,841.90 |
| Clerk of the Bankruptcy Court (payment of clerk's adversary fees) | $5,600.00 | $5,600.00 |

MOR-3

| | | |
|---|---|---|
| Bank of America (payment of unsecured portion of Claim #10) | $22,578.55 | $22,578.55 |
| TRFLYMT, LLC (payment of un-secured portion of Claim #14) | $23,339.55 | $23,339.55 |
| JP Morgan Chase Bank (payment of unsecured portion of Claim #15) | $23,077.63 | $23,077.63 |
| JP Morgan Chase Bank (payment of unsecured portion of Claim #17, per Order Doc #637) | $19,222.36 | $19,222.36 |
| David R. & Anna Mai Shanks (payment of unsecured portion of Claim # 20 (per Court order Doc. #637 - 12/18/19) | $150,823.38 | $150,823.38 |
| David R. & Anna Mai Shanks (payment of unsecured portion of Claim #20, per Court order Doc. #637 - 12/18/19) | $21,052.08 | $21,052.08 |
| Deutsche Bank Trust (payment of unsecured portion of Claim #22 per Court Order, Doc #637 - 12/18/19) | $59,365.77 | $59,365.77 |
| Deutsche Bank Nat'l Trust (payment of unsecured portion, per court order Doc #637, 12/18/19) | $8,126.50 | $8,126.50 |
| Real Time Resolutions (payment of unsecured portion per Court Order #637, 12/18/19) | $18,753.47 | $18,753.47 |
| JP Morgan Chase Bank, N.A. (Payment of unsecured portion, Court Order #637, 12/18/19) | $1,972.19 | $1,972.19 |
| Bank of NY Mellon (payment of unsecured portion, per Court Order #637, 12/18/19) | $31,232.49 | $31,232.49 |
| John R. Huet (payment of unsecured portion, per Court Order #637, 12/18/19) | $597.44 | $597.44 |
| Advanta IRA (for Ralph Watkins, Beneficial Owner of the Advanta IRA Services, LLC, 8003844 as to 50% Undivided Ownership Interest, & Kirsten Watkins, Beneficial Owner of the Advanta IRA Services, LLC 8003844 as to 50% Undivided Ownership Interest, Order #637) | $37,123.43 | $37,123.43 |
| Robert Hodapp, Esq., V.P. (Payment of unsecured portion of Claim #23) | $75,718.44 | $75,718.44 |
| TOTAL OTHER DISBURSEMENTS | $498,583.28 | $2,010,366.45 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-4

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Blue Marlin Adventures, LLC        Case Number 8:14-bk-08838-CPM

Reporting Period Beginning _____ 02-01-20 _____        Period Ending __ 02-29-20 _____

ACCOUNTS RECEIVABLE AT PETITION DATE: ___ $0.00 ___

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $34,793.53 | (a) |
| PLUS: Current Month New Billings | $0.00 | |
| MINUS: Collection During the Month | $0.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $0.00 | * |
| End of Month Balance | $34,793.53 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $0.00 | $ 0.00 | $0.00 | $34,793.53 | $ 34,793.53 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| David Budd | 12/1/14 | Wrote off |
| Thomas Brown | 12/1/14 | Order on Motion for Default Judgment entered 4/4/16 |
| Daniel Parker | 6/1/15 | Order on Motion for Default Judgment entered 4/4/16 |
| Christopher Clark | 9/1/15 | Wrote off |
| 3773 Central Inc | 9/26/16 | Wrote off with purchase of building |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

MOR-5

# A/R Aging Report
## Trustee: Douglas N. Menchise, Trustee (290140)

Page 8 of 28   Filed 03/24/20   Doc 644   Case 8:14-bk-08838-CPM

| Case Number - Name | Asset Number - Name | A/R Account Number - Name | Payment Number | Due On | Amount |
|---|---|---|---|---|---|
| | | **Over 90 Days Overdue** | | | |
| 8:14-BK-08838 CPM - Blue Marlin Adventures, LLC | 28 - JUDGMENT - DANIEL PARKER | 0001 - Judgment - Daniel Parker | 1 | 06/09/16 | 14,793.53 |
| | 32 - RENTS - 30 PARADISE LANE, TREASURE ISLAND, FL | 0002 - Thomas and Karen Brown | 5 | 09/01/16 | 1,000.00 |
| | | | 6 | 10/01/16 | 1,000.00 |
| | | | 7 | 11/01/16 | 1,000.00 |
| | | | 8 | 12/01/16 | 1,000.00 |
| | | | 9 | 01/01/17 | 1,000.00 |
| | | | 10 | 02/01/17 | 1,000.00 |
| | | | 11 | 03/01/17 | 1,000.00 |
| | | | 12 | 04/01/17 | 1,000.00 |
| | | | 13 | 05/01/17 | 1,000.00 |
| | | | 14 | 06/01/17 | 1,000.00 |
| | | | 15 | 07/01/17 | 1,000.00 |
| | | | 16 | 08/01/17 | 1,000.00 |
| | | | 17 | 09/01/17 | 1,000.00 |
| | | | 18 | 10/01/17 | 1,000.00 |
| | | | 19 | 11/01/17 | 1,000.00 |
| | | | 20 | 12/01/17 | 1,000.00 |
| | | | 21 | 01/01/18 | 1,000.00 |
| | | | 22 | 02/01/18 | 1,000.00 |
| | | | 23 | 03/01/18 | 1,000.00 |
| | | | 24 | 04/01/18 | 1,000.00 |
| | | | | | $34,793.53 |

Case 8:14-bk-08838-CPM   Doc 644   Filed 03/24/20   Page 9 of 28

| Case Number - Name | Asset Number - Name | A/R Account Number - Name | Payment Number | Due On | Amount |
|---|---|---|---|---|---|

| Payments | Count | Amount |
|---|---|---|
| Over 90 Days Overdue | 21 | 34,793.53 |
| 61 to 90 days Overdue | 0 | 0.00 |
| 31 to 60 Days Overdue | 0 | 0.00 |
| 1 to 30 Days Overdue | 0 | 0.00 |
| **Total Overdue** | **21** | **$34,793.53** |

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  Blue Marlin Adventures, LLC          Case Number 8:14-bk-08838-CPM

Reporting Period Beginning _____ 02-01-20 _____     Period Ending_ 02-29-20 _____

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL AMOUNT |  |  |  | $0.00 (b) |

☐ Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $0.00 | (a) |
| PLUS: New Indebtedness Incurred This Month | $0.00 | |
| MINUS:          Amount Paid on Post Petition Accounts Payable this Month | $0.00 | |
| PLUS/MINUS: Adjustments | $0.00 | * |
| Ending Month Balance | $0.00 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Appley, John & Betty |  | $0.00 |  |  |
| Bank of America |  | $0.00 |  |  |
| Bank of New York Mellon |  | $0.00 |  |  |
| Bayview Loan Servicing, LLC |  | $0.00 |  |  |
| Deutsche Bank National Trust - |  | $0.00 |  |  |
| Dover-Foxcroft Condominium Assn. |  | $0.00 |  |  |

MOR-6

| | | | | |
|---|---|---|---|---|
| DRS Service Co. | | $0.00 | | |
| JP Morgan Chase Bank, N.A. | | $0.00 | | |
| JP Morgan Chase, N.A. | | $0.00 | | |
| Ocwen Loan Servicing, LLC | | $0.00(d) | See explanation below | |
| Providence Mtg. Corp. | | $0.00 | | |
| US Bank | | $0.00 | | |
| Wells Fargo | | $0.00 | | |
| TOTAL | | $0.00 | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.

(b, c)The total of line (b) must equal line (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**(Ocwen Loan Servicing, LLC, was issued check #425 on 5/31/19, but has never cashed the check.  A stop payment was issued on 11/4/19, and check has not yet been reissued)**

MOR-7

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Blue Marlin Adventures, LLC       Case Number 8:14-bk-08838-CPM

Reporting Period Beginning _____ 02-01-20 _____       Period Ending 02-29-20 _____

**INVENTORY REPORT**

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | N/A |
| INVENTORY RECONCILIATION: | |
| Inventory Balance at Beginning of Month | |
| PLUS: Inventory Purchased During Month | |
| MINUS: Inventory Used or Sold | |
| PLUS/MINUS: Adjustments or Write-Downs | |
| Inventory on Hand at End of Month | |
| METHOD OF COSTING INVENTORY: | |

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = _____100%* |

* Aging Percentages must equal 100%.
□   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: $7,360,000.00 _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

_____
_____

| FIXED ASSETS RECONCILIATION: | | (a)(b) |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | | |
| MINUS: Depreciation Expense | | |
| PLUS: New Purchases | | |
| PLUS/MINUS: Adjustments or Write-Downs | | * |
| Ending Monthly Balance | | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-8

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  Blue Marlin Adventures, LLC          Case Number 8:14-bk-08838-CPM

Reporting Period Beginning _____ 02-01-20 _____          Period Ending _ 02-29-20 _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: ___ Mechanics Bank _____          BRANCH: ___ Santa Maria, CA _____

ACCOUNT NAME: _Blue Marlin Adventures, LLC_     ACCOUNT NUMBER: _0000290140 _____

PURPOSE OF ACCOUNT: _____ OPERATING _____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $371,874.27 | |
| Plus Total Amount of Outstanding Deposits | $0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | ($161,750.41) | * |
| Minus Service Charges | $0.00 | |
| Ending Balance per Check Register | $210,123.86 | **(a) |

*Debit cards are used by_____ N/A _____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( □ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____None_____Transferred to Payroll Account
$_____None_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-9

## ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: Blue Marlin Adventures, LLC        Case Number 8:14-bk-08838-CPM

Reporting Period Beginning _____ 02-01-20 _____    Period Ending__ 02-29-20 _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____N/A_____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ▢ Check here if cash disbursements were authorized
                            by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-9

# Bank Reconciliation Details

**Trustee: Douglas N. Menchise, Trustee  (290140)**

**Period End: 02/28/20**

<u>Case:</u>  8:14-BK-08838 - Blue Marlin Adventures, LLC

<u>Bank Account:</u> 5011977066      (Checking Account)

| Outstanding Item Reconciliation: | |
|---|---:|
| Trustee Ledger Balance : | 210,123.86 |
| Less Deposits in Transit : | 0.00 |
| Add (Less) Net Outstanding Transfers : | 0.00 |
| Add Outstanding Checks : | 161,750.41 |
| Add (Less) Other Outstanding Items : | 0.00 |
| **Adjusted Ledger Balance :**<br>(ledger balance excluding outstanding items) | **$371,874.27** |
| Bank Balance Through February 2020 : | $371,874.27 |

## Outstanding Items Detail

| Type | Ref. | Issued | Cleared /<br>Stopped /<br>Voided | Paid To | Amount |
|---|---|---|---|---|---:|
| Check | 436 | 01/09/20 | | JP MORGAN CHASE BANK | ( 23,077.63) |
| Check | 437 | 01/09/20 | | JP MORGAN CHASE BANK, N.A. | ( 19,222.36) |
| Check | 441 | 01/09/20 | | DEUTSCHE BANK TRUST | ( 59,365.77) |
| Check | 443 | 01/09/20 | | DEUTSCHE BANK NAT'L TRUST | ( 8,126.50) |
| Check | 444 | 01/09/20 | | REAL TIME RESOLUTIONS | ( 18,753.47) |
| Check | 445 | 01/09/20 | | JP MORGAN CHASE, N.A. | ( 1,972.19) |
| Check | 446 | 01/09/20 | | BANK OF NY MELLON | ( 31,232.49) |
| | | | | **Outstanding Items Total :** | **( 161,750.41)** |

# Mechanics Bank·

P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*


Mechanics Bank
Member FDIC
LENDER   NMLS #442116

Period Covered:
February 01, 2020 - February 29, 2020
Page 1 of 3

TR030STM022920074344 290140 408

Douglas N. Menchise
2963 Gulf to Bay Boulevard
Suite 300
Clearwater FL 33759

| | |
|---|---|
| Case Number | 8:14-BK-08838 |
| Case Name | BLUE MARLIN ADVENTURES. LLC |
| Trustee Number | 0000290140 |
| Trustee Name | Douglas N. Menchise |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5011977066 | $432,618.25 | $371,874.27 |
| **Total** | | **$432,618.25** | **$371,874.27** |



# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*



Mechanics Bank
Member FDIC

NMLS #442116

Period Covered:
February 01, 2020 - February 29, 2020
Page 2 of 3

Douglas N. Menchise
2963 Gulf to Bay Boulevard
Suite 300
Clearwater FL 33759

| | |
|---|---|
| Case Number | 8:14-BK-08838 |
| Case Name | BLUE MARLIN ADVENTURES. LLC |
| Trustee Number | 0000290140 |
| Trustee Name | Douglas N. Menchise |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## TRUSTEE CHECKING
**Account Number: 5011977066**

| | | | |
|---|---|---|---|
| Enclosures | 3 | Beginning Balance | $432,618.25 |
| Avg Collected Balance | $419,367.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $60,743.98 |
| | | Ending Balance | $371,874.27 |

## Checks

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 434 | 02-24 | 22,578.55 | 448 * | 02-24 | 37,123.43 | 450 * | 02-05 | 1,042.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 432,618.25 | 02-05 | 431,576.25 | 02-24 | 371,874.27 |



# Mechanics Bank
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*



Mechanics Bank
Member FDIC

LENDER    NMLS #442116

Account Number    5011977066

Period Covered:
February 01, 2020 - February 29, 2020
Page 3 of 3

| 02/24/20 | #434 | $22,578.55 | 02/24/20 | #434 | $22,578.55 |
| 02/24/20 | #448 | $37,123.43 | 02/24/20 | #448 | $37,123.43 |
| 02/05/20 | #450 | $1,042.00 | 02/05/20 | #450 | $1,042.00 |

290140 408

# Ledger Report

| Case Number: | 8:14-BK-08838 CPM | Trustee: | Douglas N. Menchise, Trustee (290140) |
|---|---|---|---|
| Case Name: | Blue Marlin Adventures, LLC | Bank Name: | Mechanics Bank |
| | | Account: | 5011977066 - Checking Account |
| Taxpayer ID #: | 47-1456796 | Blanket Bond: | $10,000.00 (per case limit) |
| Period: | 02/01/20 - 02/29/20 | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| Checking # 5011977066 | 3,614,976.88 | 3,404,853.02 | 210,123.86 | 0.00 | 210,123.86 |
| | $3,614,976.88 | $3,404,853.02 | $210,123.86 | $0.00 | $210,123.86 |

## TOTAL - CASE

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 210,123.86 | 0 | Checks | 0.00 |
| 0 | Deposits | 0.00 | 0 | Adjustments Out | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $210,123.86 | | Total | $0.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $210,123.86 | | Net Total Balance | $210,123.86 |

{} Asset reference(s)

## ATTACHMENT 5A

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: __Blue Marlin Adventures, LLC__   Case Number: __8:14-bk-08838-CPM__

Reporting Period beginning __02/1/20__   Period ending __02/29/20__

NAME OF BANK: __Mechanics Bank__   BRANCH: __Santa Maria, CA__

ACCOUNT NAME: __Blue Marlin Adventures, LLC__

ACCOUNT NUMBER: __5011977066__

PURPOSE OF ACCOUNT: __OPERATING__

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NO. | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 01/09/20 | 433 | Clerk of the Bankruptcy Court | payment of clerk's adversary fees | $5,600.00 |
| 01/09/20 | 434 | Bank of America | payment of unsecured portion of Claim #10 | $22,578.55 |
| 01/09/20 | 435 | TRFLYMT, LLC | payment of un-secured portion of Claim #14 | $23,339.55 |
| 01/09/20 | 436 | JP Morgan Chase Bank | payment of unsecured portion of Claim #15 | $23,077.63 |
| 01/09/20 | 437 | JP Morgan Chase Bank | payment of unsecured portion of Claim #17, per Order Doc #637 | $19,222.36 |
| 01/09/20 | 438 | Ralph & Kristen Watkins | payment of unsecured portion of claim #18, per Court Order #637, 12/18/19 | $37,123.43 |
| 01/09/20 | 438 | Ralph & Kristen Watkins | STOP PAYMENT/VOID | ($37,123.43) |
| 01/09/20 | 439 | David R. & Anna Mai Shanks | payment of unsecured portion of Claim # 20 (per Court order Doc. #637 - 12/18/19 | $150,823.38 |
| 01/09/20 | 440 | David R. & Anna Mai Shanks | payment of unsecured portion of Claim #20, per Court order Doc. #637 - 12/18/19 | $21,052.08 |
| 01/09/20 | 441 | Deutsche Bank Trust | payment of unsecured portion of Claim #22 per Court Order, Doc #637 - 12/18/19 | $59,365.77 |

| 01/09/20 | 442 | Bayview Loan Servicing, LLC | payment of unsecured portion of claim #23, per Court Order Doc #637, 12/18/19 | $75,718.44 |
| 01/09/20 | 442 | Bayview Loan Servicing, LLC | STOP PAYMENT/VOID | ($75,718.44) |
| 01/09/20 | 443 | Deutsche Bank Trust | payment of unsecured portion, per court order Doc #637, 12/18/19 | $8,126.50 |
| 01/09/20 | 444 | Real Time Resolutions | payment of unsecured portion per Court Order #637, 12/18/19 | $18,753.47 |
| 01/09/20 | 445 | JP Morgan Chase Bank, N.A. | Payment of unsecured portion, Court Order #637, 12/18/19 | $1,972.19 |
| 01/09/20 | 446 | Bank of New York Melllon | payment of unsecured portion, per Court Order #637, 12/18/19 | $31,232.49 |
| 01/09/20 | 447 | John R. Huet | payment of unsecured portion, per Court Order #637, 12/18/19 | $597.44 |
| 01/13/20 | 448 | Advanta, IRA | for Ralph Watkins, Beneficial Owner of the Advanta IRA Services, LLC 8003844 as to 50% Undivided Ownership Interest, & Kirsten Watkins, Beneficial Owner of the Advanta IRA Services, LLC 8003844 as to 50% Undivided Ownership Interest, Order #637 | $37,123.43 |
| 01/13/20 | 449 | Robard Hodapp, Esq., Vice President | payment of unsecured portion of Claim #23, per Court Order #637 | $75,718.44 |
| 01/28/20 | 450 | U.S. Trustee Payment Center | Payment of Quarter 4, 2019 Fee, Account #308140838 | $1,042.00 |
| TOTAL | | | | $499,625.28 |

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:   Blue Marlin Adventures, LLC    Case Number: 8:14-bk-08838-CPM

Reporting Period beginning ___02/1/20___    Period ending ___02/29/20___

NAME OF BANK: _____N/A_____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                    $_____

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: Blue Marlin Adventures, LLC        Case Number 8:14-bk-08838-CPM

Reporting Period Beginning _____ 02-01-20 _____   Period Ending_ 02-29-20 _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____N/A_____ BRANCH: _____

ACCOUNT NAME: _____ ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

|  |  |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Oustanding Checks and other debits | $_____* |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____**(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  Blue Marlin Adventures, LLC   Case Number: 8:14-bk-08838-CPM

Reporting Period beginning ___02/01/20___      Period ending ___02/29/20___

NAME OF BANK: ___N/A___      BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT # _____

PURPOSE OF ACCOUNT: ___TAX___

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | _____(a) |
| Sales & Use Taxes Paid | _____(b) |
| Other Taxes Paid | _____(c) |
| TOTAL | _____(d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).

(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| N/A | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                          _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| N/A | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                     $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)   $_____**
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:   Blue Marlin Adventures, LLC     Case Number: 8:14-bk-08838-CPM

Reporting Period beginning ___ 02/01/20 _____     Period ending ___ 02/29/20 _____

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                          $ 0.00

MOR-14

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: Blue Marlin Adventures, LLC      Case Number 8:14-bk-08838-CPM

Reporting Period Beginning _____ 02-01-20 _____      Period Ending _ 02-29-20 _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____ 5/1/15 _____.

MOR-16